UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MILO GERMANY, | ) 1:19-CR-208-LEW |
| | ) |
| Defendant | ) |

**ORDER ON MOTION FOR COMPASSIONATE RELEASE**

On October 21, 2020, I sentenced Defendant Milo Germany to a 30-month term of incarceration. The matter is now before the Court on Mr. Germany's Motion for Compassionate Release. (Letter Motion, ECF No. 101.) Because there is no indication in the motion that Mr. Germany has presented the warden of his current facility with an administrative request for compassionate release and then allowed the warden 30 days to act on the request, the motion is denied without prejudice to Mr. Germany's ability to request compassionate release after he petitions the warden for release. 18 U.S.C. § 3582(c)(1)(A).

**SO ORDERED.**

**Dated this 3rd day of March, 2021**

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE